UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE UNITED UNION OF )
ROOFERS, WATERPROOFERS & ALLIED WORKERS )
LOCAL UNION NO. 8 W.B.P. & A. FUNDS and THE )
UNITED UNION OF ROOFERS, WATERPROOFERS & ) Index No.: 23-1083 (PMH)
ALLIED WORKERS LOCAL UNION NO. 8, )
 )
      Plaintiffs, ) ~~AMENDED~~
 ) DEFAULT JUDGMENT
  -against- )
 )
UNITED STANDARD CONSTRUCTION INC., )
 )
 )
      Defendant. )

---

  This action having been commenced on February 8, 2023 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on February 10, 2023 via NYS Secretary of State and proof of such service thereof was filed on February 16, 2023 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

  ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Nine Thousand Three Hundred Eight Dollars and Sixty-Four Cents ($9,308.64) which includes the following: $3,973.85 in unpaid shortages owed on fringe benefit contributions and for the period July 2021 through to and including September 2021; $500.12 in interest calculated at 8% per annum for each delinquent month through March 2023; $2,024.67 in late charges calculated at 8% per annum on the late payment of contributions for the period September 2020 through November 2020, and July 2021 through September 2021; attorneys' fees in the amount of $2,230.00; court costs and disbursements in the amount of $580.00 pursuant to the Agreement and in accordance with Section 502(g)(2)(D) of ERISA 29 U.S.C. 1132 (g)(2)(D)).

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       June 8, 2023

So Ordered:

_____
Honorable Philip M. Halpern, U.S.D.J.